CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 30 2013

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THEODORE WASHINGTON, | Civil Action No. 7:13cv00210 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| HEALTH CARE PROVIDERS FOR VA. DEPT. OF CORRECTIONS *et al.*, | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim, and this matter is **STRICKEN** from the court's active docket. The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** April 30, 2013.

_____
UNITED STATES DISTRICT JUDGE